UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WAYNE M. FIELDHOUSE,

          Petitioner,

vs.                                          Case No. 5:12-cv-388-Oc-29PRL

SECRETARY, DEPARTMENT OF CORRECTIONS; FLORIDA ATTORNEY GENERAL,

          Respondents.
_____

**ORDER**

This matter comes before the Court upon initial review of the file. Petitioner Wayne Fieldhouse, proceeding *pro se*, initiated this action by filing a Petition for Writ of Habeas Corpus (Doc. #1) pursuant to 28 U.S.C. § 2254 on June 26, 2012 in the United States District Court for the Middle District of Florida, Jacksonville Division. On July 11, 2012, the Jacksonville Division transferred the case to the undersigned.

Initially, the Court notes that Petitioner did not accompany the filing of his Petition with the $5.00 filing fee or a motion to proceed *in forma pauperis*. See 28 U.S.C. §§ 1914(a), 1915 (a)(1). Local Rule 1.03(e) states that "[t]he Clerk shall accept for filing all prisoner cases filed with or without the requisite filing fee or application to proceed *in forma pauperis*." Nevertheless, if the fee or application to proceed as a pauper is not received within thirty days of filing the action, then the action is subject to dismissal. Local Rule 1.03(e)(M.D. Fla. 2009). Thus, Petitioner must either pay the filing fee, or file a motion for leave to proceed *in forma pauperis* on or before July 26, 2012.

Additionally, Petitioner did not submit his Petition on the approved habeas corpus form. The use of a prescribed form was implemented for reasons of administrative convenience. Courts that have a large volume of cases, as does this Court, save valuable time if they are not required to decipher lengthy and often illegible petitions. This saving is lost if a petitioner fails to use the form. Therefore, in light of the administrative benefits to the Court derived from the use of the form, Petitioner must fully complete the form.

ACCORDINGLY, it is hereby **ORDERED**:

1. The **Clerk of Court** shall send Petitioner a copy of the application for leave to proceed *in forma pauperis*.

2. Petitioner shall either pay the filing $5.00 filing fee or submit a completed Affidavit of Indigence **on or before July 26, 2012**.

3. Petitioner shall complete the enclosed Petition for Writ of Habeas Corpus Form and return it to the Court with a copy for each Respondent **on or before July 26, 2012.**

4. The **Clerk of Court** shall forward a blank § 2254 Habeas Corpus Form along with the Instructions bearing the above case number marked "Amended Habeas Corpus Petition" with this Order.

**DONE AND ORDERED** in Ocala, Florida, on this 13th day of July, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

SA: alj
Copies: All Parties of Record